JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ESTATE OF ROSENDO OLIVIO, et al., | ) | Case No. CV 23-1516 FMO (Ex) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER RE: DISMISSAL WITHOUT PREJUDICE** |
| CITY OF LOS ANGELES, et al., | ) ) | |
| Defendants. | ) ) | |

On April 29, 2024, the parties filed a Joint Notice of Settlement (Dkt. 32, "Notice"), seeking to vacate all pre-trial dates and deadlines pending approval of a settlement by the City of Los Angeles' Claims Board, Budget and Finance Committee, City Council, and Mayor. (See id. at 2).

In the court's experience with similar requests based on conditional settlements requiring county board or city council approval, staying such cases requires the continued commitment of judicial resources to monitoring the cases and ensuring compliance with requirements to file status reports. It also increases the burden on the parties to have their counsel attend status conferences, file status reports, or seek dismissal of the stayed case upon resolution of the matter.

It appears that the more efficient approach is to dismiss this action without prejudice to either party moving to reopen nunc pro tunc in the event that further court intervention becomes necessary. The court perceives no practical difference between this approach and the relief

requested by the parties, apart from eliminating the need for future monitoring or action if the parties honor their agreement, as the court expects them to.

Based on the foregoing, IT IS ORDERED THAT this action is **dismissed without prejudice** to any party seeking to vacate this Order and reopen the action nunc pro tunc in the event that the settlement does not receive approval by the relevant governmental authorities.

Dated this 28th day of May, 2024.

/s/
Fernando M. Olguin
United States District Judge