**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF ROSENDO OLIVIO; R.O., by and Through her Guardian Ad Litem, MARICELA GALINDO; R.O. JR, A.G. and C.O., by and Through their Guardian Ad Litem, MARIA ALEJANDRA CEJA; and MARIA RODRIGUEZ, individually, | **CASE NO.: 2:23-cv-01516-FMO-E** *[Assigned to the Hon. Fernando M. Olguin; Referred to Magistrate Judge Charles F. Eick]* |
| Plaintiffs, | **[PROPOSED] ORDER RE PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF MINOR, R.O. JR.** |
| v. | |
| CITY OF LOS ANGELES; a municipal entity; OFFICER FAVIOLA SALINAS (# 40061); OFFICER KYLE LOCKE (# 37794); and DOES 1-10, individuals, | |
| Defendants. | Complaint:  December 28, 2022<br>Trial Date:  Vacated |

GOOD CAUSE APPEARING, the Petition for Compromise of the Claim of Minor, R.O. JR, submitted by Petitioner and Guardian Ad Litem, Maria Alejandra Ceja, is hereby approved as follows:

1.    That Defendants City of Los Angeles, Officer Faviola Salinas and Officer Kyle Locke, through private mediation, settled the claims of all Plaintiffs in

1

the present matter, including minor plaintiff R.O. JR, for a global settlement amount of $875,000.00;

2.    That Petitioner Maria Alejandra Ceja, on behalf of her Plaintiff son R.O. JR, agreed to allow their attorneys Denisse O. Gastélum and Christian Contreras to apportion the settlement to the plaintiffs and valued R.O. JR's case at $201,250.00;

3.    That the combined attorney fees and costs requested by attorneys Denisse O. Gastélum and Christian Contreras are in the amount of $84,500.27;

4.    That there are no additional fees or costs to be deducted from the gross settlement;

5.    That the net settlement proceeds to the minor, R.O. JR amount to $116,749.73;

6.    That the net settlement proceeds will be used to purchase a single premium annuity for the benefit of the minor from MetLife Assignment Company, Inc., which will provide periodic payments to be made by Metropolitan Tower life Insurance Company, rated A+ Class XV by A.M. Best Company with the following payment structure:

Disbursement payment drafts will be made payable and will begin being issued directly to R.O. JR upon reaching the age of maturity according to the payment schedule set forth below.

**Periodic payments payable to R.O. JR:**

$15,000.00 Payable Annually, Guaranteed for 4 years, Commencing on 03/29/2036, with the last guaranteed payment on 03/29/2039;

$750.00 Payable Monthly, Guaranteed for 4 years, Commencing on 03/29/2036, with the last guaranteed payment on 02/29/2040;

$1,952.71 Payable Monthly, Guaranteed for 7 years, Commencing on 03/29/2041, with the last guaranteed payment on 02/29/2048.

**[PROPOSED] ORDER RE PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF MINOR, R.O. JR.**

7.    That Petitioner and Guardian Ad Litem Maria Alejandra Ceja, authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement;

8.    That proof of funding of the annuity shall be submitted to the Court within forty-five (45) days from the issuance of this order.

IT IS SO ORDERED.

DATED: _____         _____
                                    Hon. Fernando M. Olguin
                                    United States District Court

3

**[PROPOSED] ORDER RE PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF MINOR, R.O. JR.**