# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ROSENDO OLIVIO; R.O., by and Through her Guardian Ad Litem, MARICELA GALINDO; R.O. JR, A.G. and C.O., by and Through their Guardian Ad Litem, MARIA ALEJANDRA CEJA; and MARIA RODRIGUEZ, individually,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF LOS ANGELES; a municipal entity; OFFICER FAVIOLA SALINAS (# 40061); OFFICER KYLE LOCKE (# 37794); and DOES 1-10, individuals,<br><br>Defendant(s). | CASE NO. 2:23-cv-01516 FMO (Ex)<br>*Hon. Judge Olguin, USDC-1st Cthse, Ctrm. 6D*<br>*Hon. Mag. Eick, USDC-Roybal Bldg, Ctrm 750*<br><br>**ORDER RE STIPULATED JUDGMENT** |

**PURSUANT TO THE PARTIES' STIPULATION**, Plaintiffs ESTATE OF ROSENDO OLIVIO; R.O., by and Through her Guardian Ad Litem, MARCELA GALINDO; R.O. JR, A.G. and C.O., by and Through their Guardian Ad Litem, MARIA ALEJANDRA CEJA; and MARIA RODRIGUEZ, ("Plaintiff") and Defendant City of Los Angeles ("City" or "'Defendant") (Plaintiff and Defendant shall cumulatively be referred to as "'Stipulating Parties") have agreed that this matter is deemed settled pursuant to the following terms and conditions:

**THEREFORE**, pursuant to the parties stipulate and the Court enter Judgment as follows:

1. Judgment shall be entered in favor of Plaintiffs ESTATE OF ROSENDO OLIVIO; R.O., by and Through her Guardian Ad Litem, MARCELA GALINDO; R.O. JR, A.G. and C.O., by and Through their Guardian Ad Litem, MARIA ALEJANDRA CEJA; and MARIA RODRIGUEZ, as against only Defendant City of Los Angeles, in the total sum of $875,000.00 (including any and all fees and costs. The payment shall be issued in five checks as follows:

    a. $413,001.08 to "Law Offices of Christian Contreras Client Trust Account and Gastelum Law Client Trust Account and Maria Rodriguez."

    b. $111,749.73 to "Pacific Life & Annuity Services, Inc." to fund future periodic payments on behalf of R.S.O.

    c. $116,749.73 to "MetLife Assignment Company, Inc." to fund future periodic payments on behalf of R. O. Jr.

    d. $116,749.73 to "MetLife Assignment Company, Inc." to fund future periodic payments on behalf of A. G.

    e. $116,749.73 to "MetLife Assignment Company, Inc." to fund future periodic payments on behalf of C. O.

2. Plaintiffs have accepted said sum as payment in full of all their claims, known or unknown, arising from the events described in the Complaint with the knowledge that they will be barred from proceeding against the City of Los Angeles in the future regardless of what might happen.

3. Said stipulated judgment shall not be deemed an admission of liability or any of the underlying facts of Plaintiff's claim or lawsuit.

4. Plaintiffs have executed a release of all claims as described in the settlement agreement.

5. Each party shall bear their own fees and costs.

6. Los Angeles City Council has approved the stipulated judgment. Post-judgment interest shall not apply to this stipulated judgment is waived.

**IT IS SO ORDERED:**

Dated: February 7, 2025       _____/s/_____
                              HONORABLE FERNANDO M. OLGUIN
                              United States District Judge